JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. SPENGLER, | ) Case No. CV 19-2553-DOC (SP) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| T.T.C.F. PHARMACY, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without leave to amend.

Dated: March 8, 2021

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE